UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NAJIBULLAH ZAZI,

    Defendant

- - - - - - - - - - - - - - - - -X

UNSEALING ORDER

09-CR-663 (RJD)

    Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Berit W. Berger, for an order unsealing the indictment and arrest warrant in the above-captioned case.

    WHEREFORE, it is ordered that the docket in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           September 24, 2009

                              s/Raymond J. Dearie
                              _____
                              HONORABLE RAYMOND J. DEARIE
                              CHIEF UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK

DMB:BWB
F.#2009R01793

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

NAJIBULLAH ZAZI,

       Defendant

- - - - - - - - - - - - - - - - -X

09-CR-663 (RJD)

The government respectfully moves for the unsealing of the indictment and arrest warrant in the above-captioned case.

                      BENTON J. CAMPBELL
                      United States Attorney

        By:   /s/ Berit W. Berger
                Berit W. Berger
                Assistant U.S. Attorney
                (718) 254-6134

Dated:  September 24, 2009
        Brooklyn, New York