TERMED

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:09-mj-01169-CBS-1

Case title: USA v. Zazi  
Other court case number: 09-cr-00663-RJD Eastern District of New York

Date Filed: 09/24/2009  
Date Terminated: 09/25/2009

Assigned to: Magistrate Judge Craig B. Shaffer

**Defendant (1)**

**Najibullah Zazi**  
*TERMINATED: 09/25/2009*

represented by **Arthur Alvin Folsom , III**  
Folsom Law Offices  
695 South Colorado Boulevard  
#480  
Denver , CO 80246  
303-597-1000  
Fax: 303-722-7281  
Email: art@folsomlawoffices.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**J. Michael Dowling**  
Dowling & Associates  
3570 East 12th Avenue  
#200  
Denver , CO 80206  
303-839-5538  
Fax: 303-930-1298  
Email: jmd@dowlinglegal.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**

**Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2332AA.F Use of Certain Weapons of Mass Destruction | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **David Michael Gaouette** <br> U.S. Attorney's Office-Denver <br> 1225 17th Street East <br> Seventeenth Street Plaza <br> #700 <br> Denver , CO 80202 <br> 303-454-0320 <br> Email: David.Gaouette@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Gregory Allen Holloway** <br> U.S. Attorney's Office-Denver <br> 1225 17th Street East <br> Seventeenth Street Plaza <br> #700 <br> Denver , CO 80202 <br> 303-454-0100 <br> Fax: 454-0403 <br> Email: Gregory.Holloway@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Tim Neff** <br> U.S. Attorney's Office-Denver <br> 1225 17th Street East <br> Seventeenth Street Plaza <br> #700 <br> Denver , CO 80202 <br> 303-454-0200 <br> Fax: 454-0402 <br> Email: Tim.Neff@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|

| | | |
|---|---|---|
| 09/24/2009 | 1 | RULE 5 AFFIDAVIT as to Najibullah Zazi from the District of Eastern District of New York as to Najibullah Zazi (1). (kltsl, ) (Entered: 09/24/2009) |
| 09/24/2009 | 2 | MINUTE ORDER by Magistrate Judge Craig B. Shaffer on 9/24/09 setting hearing as to Najibullah Zazi. Initial Appearance set for 9/25/2009 09:00 AM in Courtroom A 201 before Magistrate Judge Craig B. Shaffer. (kltsl, ) (Entered: 09/24/2009) |
| 09/25/2009 | 3 | Minute Entry for Initial Appearance in Rule 5(c)(3) from the Eastern District of New York as to Najibullah Zazi held before Magistrate Judge Craig B. Shaffer on 9/25/2009; Defendant advised of rights, charges and possible penalties. Waiver of identity hearing signed and tendered to the court. Court accepts waiver as knowing and voluntary. Government is seeking detention. Defendant is contesting detention. The court finds that there are no combination of conditions that exist that would reasonably ensure the defendant's appearance at future court proceedings or ensure the safety of the community. Defendant remanded to the custody of the U.S. Marshal Service to be transferred to the Eastern District of New York. (Tape #FTR CBS AM.) (lmwsl, ) (Entered: 09/25/2009) |
| 09/25/2009 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Najibullah Zazi (tllsl, ) (Entered: 09/25/2009) |
| 09/25/2009 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Najibullah Zazi. Defendant committed to Eastern District of New York, by Magistrate Judge Craig B. Shaffer on 9/25/09. (tllsl, ) (Entered: 09/25/2009) |
| 09/25/2009 | 6 | Removal Documents Sent To Eastern District of New York (tllsl, ) (Entered: 09/25/2009) |
| 09/25/2009 | | MAGISTRATE CASE TERMINATED as to Najibullah Zazi. TEXT ONLY ENTRY - NO DOCUMENT ATTACHED (tllsl, ) (Entered: 09/25/2009) |
| 09/25/2009 | 7 | ORDER OF DETENTION as to Najibullah Zazi, by Magistrate Judge Craig B. Shaffer on 9/25/09. (tllsl, ) (Entered: 09/25/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/29/2009 13:19:21 | | | |
| **PACER Login:** | ud0815 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:09-mj-01169-CBS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |