UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer | Monique Wiles |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 09-mj-1169 | FTR CBS AM |
| September 25, 2009 | |
| UNITED STATES OF AMERICA | Tim Neff<br>David Gaouette<br>Greg Holloway<br>Narus William |
| v. | |
| NAJIBULLAH ZAZI | Arthur Folsom<br>Michael Dowling |

### INITIAL APPEARANCE ON RULE 5 FROM THE EASTERN DISTRICT OF NEW YORK

Court in Session: 9:03 a.m.

Court calls case and appearance of counsel.

Sue Heckman is present from pretrial services.

The defendant is advised of rights, charges and possible penalties.

Waiver of Identity hearing signed and tendered to the court.

Court accepts waiver as knowing and voluntary.

Government is seeking detention.

Defendant is contesting detention.

Argument regarding the issue of detention.

**ORDERED:** The court finds that there are no combination of conditions

that exist that would reasonably ensure the defendant's appearance at future court proceedings or ensure the safety of the community.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal to be transferred to the Eastern District of New York.

Court in recess: 10:13 a.m.

total time: 1:10 minutes

Hearing concluded.