```
JHK:BWB
F.# 2009R01793
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    N O T I C E

    - against -
                                                  09-CR-663 (RJD)

NAJIBULLAH ZAZI,

        Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

        The United States, through its attorney, Benton J. Campbell, United States Attorney for the Eastern District of New York, hereby provides notice to defendant NAJIBULLAH ZAZI and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to

the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:   September 29, 2009
         Brooklyn, New York

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney


                         By:  /s/ Berit Berger
                              Jeffrey Knox
                              Berit Berger
                              Assistant U.S. Attorneys
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201