

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 15, 2010

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
Chief United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Najibullah Zazi
           Criminal Docket No. 09-663 (RJD)(S-1)

Dear Chief Judge Dearie:

    Sentencing in the above-referenced case is currently scheduled for Friday, October 22, at 12:00 p.m.  The government and the defendant jointly respectfully request that sentencing be adjourned to June 24, 2011, at 12:00 p.m.

                          Respectfully submitted,

                          LORETTA E. LYNCH
                          United States Attorney

           By:        /s/
                  Jeffrey Knox
                  David Bitkower
                  James P. Loonam
                  Berit Berger
                  Assistant U.S. Attorneys

cc:  Clerk of the Court (RJD) (by ECF)
     William Stampur, Esq. (via facsimile)