

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 2, 2011

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  United States v. Najibullah Zazi
           Criminal Docket No. 09-663 (RJD)(S-1)

Dear Judge Dearie:

      Sentencing in the above-referenced case is currently scheduled for Friday, June 24, 2011.  The government and the defendant jointly respectfully request that sentencing be adjourned to December 9, 2011, at 11:00 a.m.

                        Respectfully submitted,

                        LORETTA E. LYNCH
                        United States Attorney

            By:      /s/
                David Bitkower
                James P. Loonam
                Berit Berger
                Assistant U.S. Attorneys

cc:  Clerk of the Court (RJD) (by ECF)
     William Stampur, Esq. (via facsimile)

**REQUEST GRANTED.**
Sentence adjourned to 12/9/11 @11:00am.
Sentence submissions due as follows:
Defense:     11/18/11
Government:  12/2/11
**SO ORDERED**
6/7/11

s/ Judge Raymond J. Dearie