

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 6, 2011

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  United States v. Najibullah Zazi
         Criminal Docket No. 09-663 (RJD)(S-1)

Dear Judge Dearie:

    Sentencing in the above-referenced case is currently scheduled for Friday, December 9, 2011.  The government respectfully requests that sentencing be adjourned to Friday, June 8, 2012, at 10:00 a.m.  I have consulted with defense counsel and there is no objection to this request.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/
    James P. Loonam
    Assistant U.S. Attorney
    (718) 254-7520

cc:  Clerk of the Court (RJD) (by ECF)
    William Stampur, Esq. (via email)