

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMB
F.#2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2012

**<u>Via Hand Delivery and ECF</u>**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Najibullah Zazi
          <u>Criminal Docket No. 09-663 (RJD)(S-1)</u>

Dear Judge Dearie:

    Sentencing in the above-referenced case is currently scheduled for Friday, June 8, 2012.  The government respectfully requests that sentencing be adjourned to a date in December 2012 convenient to the Court and defense counsel.  I have conferred with defense counsel, who has no objection to this request.

                      Respectfully submitted,

                      LORETTA E. LYNCH
                      United States Attorney

            By:     /s/
                  David Bitkower
                  Assistant U.S. Attorney
                  (718) 254-6309

cc:  Clerk of the Court (RJD) (by ECF)
    William Stampur, Esq. (via email)