**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL                                 *271 Cadman Plaza East*
F.#2009R01793                       *Brooklyn, New York 11201*

September 22, 2013

**Via Hand Delivery and ECF**

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Najibullah Zazi
            Criminal Docket No. 09-663 (RJD)(S-1)

Dear Judge Dearie:

      Sentencing in the above-referenced case is currently scheduled for September 27, 2013.  The government respectfully requests that sentencing be adjourned to a date in 2014.  I have conferred with defense counsel, who has no objection to adjournment of sentencing.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                United States Attorney

                      By:      /s/
                                James P. Loonam
                                Assistant U.S. Attorney
                                (718) 254-7520

cc:  Clerk of the Court (RJD) (by ECF)
     William Stampur, Esq. (via email)