

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2015

By ECF

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Najibullah Zazi
     Criminal Docket No. 09-663 (RJD)

Dear Judge Dearie:

  The government respectfully requests that sentencing be adjourned in the above-captioned matter for six months. I have conferred with defense counsel, who has no objection to this request.

           Respectfully submitted,

           KELLY T. CURRIE
           Acting United States Attorney

       By:   /s/
           James P. Loonam
           Assistant U.S. Attorney
           (718) 254-7520

cc: Clerk of the Court (RJD) (by ECF)
  William Stampur, Esq. (via email)