

U.S. Department of Justice

United States Attorney
Eastern District of New York

DMP
F. #2009R01793

271 Cadman Plaza East
Brooklyn, New York 11201

December 8, 2017

By ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Najibullah Zazi
            Criminal Docket No. 09-663 (RJD)

Dear Judge Dearie:

      The government respectfully submits this letter to request an adjournment of the scheduled December 15, 2017 sentencing in the above-captioned matter.

      The government is prepared to move forward with sentencing, and has requested that the Probation Department take the defendant out of abeyance and begin the process of preparing the Pre-Sentence Investigation Report. To provide sufficient time for the completion of a PSR and the submission of sentencing memoranda by the parties, the government respectfully requests that sentencing be adjourned to a date in April 2018. William Stampur, Esq., counsel to the defendant, has no objection to this request.

      Respectfully submitted,

      BRIDGET M. ROHDE
      Acting United States Attorney

By:   /s/_____
     Douglas M. Pravda
     Assistant U.S. Attorney
     (718) 254-6268

cc:   Clerk of Court (RJD) (by ECF)
      William Stampur, Esq., counsel for the defendant (by ECF)