

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP
F. #2009R01793

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 24, 2018

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Najibullah Zazi</u>
               <u>Criminal Docket No. 09-663 (RJD)</u>

Dear Judge Dearie:

      The government respectfully submits this letter to request an adjournment of the scheduled April 27, 2018 sentencing in the above-captioned matter.

      This case has been taken out of abeyance, and the parties are awaiting the completion of a Pre-Sentence Investigation Report ("PSR"). I have spoken with the Probation Officer preparing the PSR, who has advised that it will take approximately two more months to complete the PSR. To provide sufficient time for the completion of the PSR and the preparation and submission of sentencing memoranda by the parties, the government respectfully requests that sentencing be adjourned to a date in September 2018. William Stampur, Esq., counsel to the defendant, has no objection to this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Douglas M. Pravda
      Assistant U.S. Attorney
      (718) 254-6268

cc:    Clerk of Court (RJD) (by ECF)
       William Stampur, Esq., counsel for the defendant (by ECF)