RECEIVED IN CHAMBERS OF
U.S.D.J. DEARIE
ON: 5/3/19

May 2, 2019

U.S. District Judge Raymond Dearie
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY

CR 09-663 (RJD)
USA -v- Zazi

Dear Judge Dearie,

I am a member of the public and a reporter for Newsday covering the case of U.S. v. Zazi, 09 CR 663, scheduled for sentencing before you this afternoon. I am writing to request access to a letter Zazi apparently wrote to you, which has not been publicly filed.

I wrote yesterday regarding access to sentencing materials in the case. I appreciate the order you issued – requiring both sides to "publicly file copies of all sentencing submissions with proposed redactions" – and the public filing of memoranda by the prosecution and defense.

However, the defense memoranda indicates that Zazi wrote a letter to you, relating to his sentencing. This would constitute a "sentencing submission" under your order, but it has not been publicly filed. A direct communication with the judge should be part of the public record.

I brought this omission to the attention of defense counsel, but have not heard back. Thank you for your attention to this request.

/John Riley
Newsday
516-458-2393
riley@newsday.com