

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NJM
F. #2025R00373

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 23, 2025

<u>By ECF</u>

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>       Re:     United States v. Najibullah Zazi
>               <u>Criminal Docket No. 9-663 (OEM)</u>

Dear Judge Merchant:

        The government respectfully submits this letter in response to the Court's June 24, 2025 Order, directing the parties to file a status report by July 23, 2025. Since the last status conference, the government has coordinated with probation authorities in the district in which the defendant was previously supervised, to obtain additional information in their files potentially relevant to the charges pending before the Court. The government shipped a hard drive to the supervising district and, on July 21, 2025, the district returned it with four images of electronic devices and/or media, with a total size of just under two terabytes. One of those images is apparently corrupt, and the government has is coordinating to ensure receipt of a usable image. One of the images is usable, but not on the government's system; the government is making efforts to be able to review the contents of that image. The other two devices, extractions of cellular telephones, are usable in their current format. Although duplication of the data takes time and requires the parties to provide additional hard drives, the government has provided defense and the Federal Bureau of investigation access to the data and expects to provide it to the U.S. Probation Office for the Eastern District upon receipt of an additional hard drive, which the parties expect will happen this week.

        Because of the volume, complexity, and technical difficulties attendant to the information provided, which all parties need a chance to review, the parties request a brief adjournment of the next status conference in this case, which is presently set for July 30, 2025. Because the U.S. Probation Officer supervising the case in the Eastern District of New York is unavailable from August 10-19, 2025, the parties request a date as soon as possible thereafter, except that the undersigned will not be available from August 25-29, 2025. Accordingly, the

parties request that the status conference be adjourned until August 20-22 or the week of September 2, 2025.

.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    _____
       Nicholas J. Moscow
       Assistant U.S. Attorney
       (718) 254-6212

cc:    Thomas Nooter, Esq.
       U.S. Probation Officer Michael Cronin
       Clerk of the Court (OEM)